| STATE OF INDIANA | ) | IN THE LAPORTE SUPERIOR COURT |
|---|---|---|
|  | ) SS: | JUDGE JAMIE OSS |
| COUNTY OF LAPORTE | ) | CONTINUOUS TERM, 2021 |

STEPHAN MIRICH,                        )
    Plaintiff,                        )        46D01-2103-CT-000631
                                       )
  -vs-                                  ) CAUSE NO.: 46D01
                                       )
ANDREI VORONOI, and                    )
GM ELITE, CO.,                         )
    Defendants.                        )

## FIRST AMENDED COMPLAINT FOR DAMAGES

Comes now the Plaintiff, STEPHAN MIRICH, by and through counsel, GREGORY J. SARKISIAN and G. KANE SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES P.C. and for his cause of action against the Defendants, ANDREI VORONOI, and GM ELITE, CO., alleges and states as follows:

### FACTS COMMON TO ALL COUNTS

1. That all the events complained herein occurred in the City of LaPorte, County of LaPorte, State of Indiana.

2. That at all times relevant hereto, the Plaintiff, STEPHAN MIRICH, was an individual and resident of Indiana.

3. That at all times relevant hereto, the Defendant, ANDREI VORONOI, was an individual and resident of the State of Louisiana.

4. That at all times relevant hereto, the Defendant GM ELITE, CO., was a for profit business entity engaged in the business of interstate trucking and freight, with its principal places of business in Kenner, LA as well as Woodridge, IL6.

5. That on November 22, 2019 at approximately 5:38 p.m., the Plaintiff, STEPHAN MIRICH was operating his motor vehicle attempting to make a right (north) turn onto US Highway

1

Exhibit A

35.

6. That on said date and time, the Defendant, ANDREI VORONOI, was operating a 2012 black Freightliner Cascadia 125 semi-truck tractor and trailer combination, also attempting to make a right (north) turn onto US Highway 35.

7. That on said date and time, the semi-truck being operated by the Defendant, ANDREI VORONOI, displayed DOT No. 0002906661.

8. That on said date and time, ANDREI VORONOI, was pulling a trailer bearing license plate number LA P236279.

9. That on said date and time, the Defendant, ANDREI VORONOI, was operating as an interstate motor carrier and was subject to the Federal Motor Carrier Safety Regulations.

10. That on said date and time, the Defendant, ANDREI VORONOI, as an interstate motor carrier, was subject to the State of Indiana IC 8-2.1-24-18, a statute incorporating by reference, *inter alia,* Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations ("FMCSRs").

11. That at all times relevant herein, the Defendant, ANDREI VORONOI, owed the Plaintiff, and others on and along the roadway, a duty to use reasonable care and not to harm others.

12. That on said date and time, the Defendant, ANDREI VORONOI, attempted to go around the Plaintiff's vehicle which caused his tractor-trailer to collide into that of the Plaintiff.

Exhibit A

## COUNT I – NEGLIGENCE

Comes now the Plaintiff, STEPHAN MIRICH, by and through counsel, GREGORY J. SARKISIAN and G. KANE SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES P.C. and for his cause of action against the Defendant, ANDREI VORONOI, alleges and states as follows:

13. That the Plaintiff, STEPHAN MIRICH, re-alleges the allegations contained in Paragraphs 1 through 12 above, and incorporates them as part hereof.

14. That the Defendant, ANDREI VORONOI was careless, negligent, and/or reckless in the operation of the tractor-trailer, including but not limited to one or more of the following ways:

   a. Failing to maintain a reasonable control of the tractor-trailer;

   b. Failing to operate the semi-trailer in a safe and reasonable manner;

   c. Failing to take evasive maneuvers in order to avoid collision;

   d. Failing to yield to other drivers on the roadway;

   e. Operated the tractor-trailer aggressively and without regard for the health and safety of others upon the roadway;

   f. Failing to keep a proper look out for warnings, other vehicles, distance, roadway space, and obstructions;

   g. Failing to ensure that he had adequate line-of-sight of other vehicles and obstructions in his path;

   h. Failing to maintain operation of the semi-trailer of the weight of the truck and the vehicle's acceleration and deceleration mobility, maneuvering distance, and line-of-sight;

Exhibit A

  i.  Operating the truck without adequate training and experience;

  j.  Violation of applicable state and federal statutes including but not limited to the FMCSRs;

  k.  Violation of applicable city and local ordinances; and/or

  l.  Unsafe lane movement.

15. That the Defendant, ANDREI VORONOI's, actions and/or inactions identified above were the sole and proximate result for the aforementioned collision and resulting damages, harms, and losses.

16. That as a direct and proximate result of the collision, the Plaintiff, STEPHAN MIRICH suffered severe physical injuries, suffered emotional distress and sustained other potentially permanent and serious personal injuries; he incurred and may incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; he suffered and/or will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; he lost time and wages and potentially an impairment of his earnings capacity; and he incurred other injuries and damages of a personal and pecuniary nature, all of which is allowed under the trial rules and/or applicable state laws.

WHEREFORE, the Plaintiff, STEPHAN MIRICH, prays for judgment against the Defendant, ANDREI VORONOI., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

Exhibit A

SARKISIAN, SARKISIAN &ASSOC., P.C.

_____
GREGORY J. SARKISIAN (#43-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Greg@Sarklawfirm.com

## COUNT II – RESPONDEAT SUPERIOR

Comes now the Plaintiff, STEPHAN MIRICH, by and through counsel, GREGORY J. SARKISIAN and G. KANE SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES P.C. and for his cause of action against the Defendant, GM ELITE CO., alleges and states as follows:

17. That the Plaintiff, STEPHAN MIRICH, re-alleges the allegations contained in Paragraphs 1 through 16 above, and incorporates them herein.

18. That at all times relevant herein, the Defendant, ANDREI VORONOI, who negligently, recklessly and/or carelessly operated the tractor-trailer, was an employee and/or agent of GM ELITE CO.

19. That at all times relevant herein, the tractor being operated by Defendant, ANDREI VORONOI, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of GM ELITE CO.

20. That at all times relevant herein, the trailer be6ing pulled by Defendant, ANDREI VORONOI, was owned, leased, managed, or otherwise under the control, dispatch, and/or supervision of GM ELITE CO.

21. That at all times relevant herein the Defendant, ANDREI VORONOI, was acting within the course and scope of his employment and/or agency with GM ELITE CO.

5

Exhibit A

22. That at all times relevant herein the Defendant, ANDREI VORONOI, was under the direct control, dispatch, and/or supervision of GM ELITE CO.

23. That GM ELITE CO. is vicariously liable for the negligence, recklessness, and/or carelessness of its employee and/or agent, ANDREI VORONOI.

WHEREFORE, the Plaintiff, STEPHAN MIRICH, prays for judgment against the Defendant, GM ELITE CO., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN & ASSOC., P.C.

_____
GREGORY J. SARKISIAN (#43-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Greg@Sarklawfirm.com

**COUNT III - NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION**

Comes now the Plaintiff, STEPHAN MIRICH, by counsel, GREGORY J. SARKISIAN and G. KANE SARKISIAN, of SARKISIAN, SARKISIAN & ASSOCIATES, P.C., and for her cause of action against the Defendant, GM ELITE CO., alleges and states as follows:

24. That the Plaintiff, STEPHAN MIRICH, re-alleges the allegations contained in Paragraphs 1 through 23 above, and incorporates them herein.

25. That GM ELITE CO. owed the general public, including the Plaintiff, a duty to determine the qualifications of its employees and agents including, but not limited to;

    a. Adequately evaluating applicants before hiring them as truck drivers;

Exhibit A

b.  Adequately training and supervising these drivers; and

c.  Adequately evaluating these employees' job performance to discharge any incompetent or negligent employee before he injured the public or property.

26. That GM ELITE CO. breached these duties to the general public, including the Plaintiff, by its negligent and careless hiring, training, supervising, and retaining of the Defendant, ANDREI VORONOI who was unqualified, incompetent, and/or negligent and careless.

WHEREFORE, the Plaintiff, STEPHAN MIRICH, prays for judgment against the Defendant, GM ELITE CO., in a just and proper sum, for the costs of this action, for pre-judgment interest, post-judgment interest and for all other just and proper relief.

Respectfully submitted,

SARKISIAN, SARKISIAN & ASSOC., P.C.

_____
GREGORY J. SARKISIAN (#43-64)
SARKISIAN, SARKISIAN & ASSOC., P.C.
Attorney for Plaintiff
6165 Central Avenue
Portage, Indiana 46385
219-762-7718
Greg@Sarklawfirm.com

**MOTION FOR TRIAL BY JURY**

7

Exhibit A

Plaintiff, through counsel, requests a trial by jury on all counts.

        Respectfully submitted,

        **SARKISIAN, SARKISIAN &ASSOC., P.C.**

        _____
        GREGORY J. SARKISIAN (#43-64)
        SARKISIAN, SARKISIAN & ASSOC., P.C.
        Attorney for Plaintiff
        6165 Central Avenue
        Portage, Indiana 46385
        219-762-7718
        Greg@Sarklawfirm.com

Exhibit A